PROB 12A
(10/24)

RECEIVED
NOV 04 2026
EDWARD S. KIEL
U.S. DISTRICT JUDGE

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jamil Bethea

Cr.: 25-00714-001
PACTS #: 9982733

Name of Sentencing Judicial Officer: THE HONORABLE EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/15/2026

Original Offense: Count One: Conspiracy to Transport Stolen Goods, 18 U.S.C. Sec. 371 [18 U.S.C. Sec. 2314], a Class D felony

Original Sentence: 14 months probation

Special Conditions: Location Monitoring Program (7months, Payment not Waived), Drug Testing and Treatment, Financial Disclosure, New Debt Restrictions, Consent to Search, Motor Vehicle Compliance, Supporting Dependents

Type of Supervision: Probation Date Supervision Commenced: 07/15/2026

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The individual under supervision shall make restitution in the amount of $71,893.88. The Court will waive the interest requirement in this case. Payments should be made payable to the U.S. Treasury and mailed to Clerk, U.S.D.C., 402 East State Street, Room 2020, Trenton, New Jersey 08608. The restitution is due immediately and shall be paid in monthly installments of no less than $200.00, to commence 30 days after the date of this judgment.**<br>To date, the individual under supervision has not made a single payment towards his restitution balance. |

U.S. Probation Officer Action:

Mr. Bethea was verbally reprimanded for failing to make any payments towards his court-ordered restitution of $71,893.88. Mr. Bethea explained that it was an oversight, apologized and indicated that payment would be made immediately. His $100.00 special assessment fee was satisfied.

Mr. Bethea is employed on a full-time basis, reports as directed, and all drug tests remain negative. In addition, there have been no issues while on Location Monitoring.

The Probation Office will continue to monitor his compliance. At this time, we are requesting no formal court action to be taken.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

October 29, 2026

KEVIN P. EGLI Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

*/s/ Edward S. Kiel*

Signature of Judicial Officer U.S.District Judge

November 6, 2026

Date